# United States District Court

EASTERN _____ DISTRICT OF _____ MASSACHUSETTS

SANDRA WIESNER,
             Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY,
             Defendant

CASE NUMBER: 05 10521 EFH

TO: (Name and address of defendant)

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY
8801 Indian Hills Drive
Omaha, Nebraska  68114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard K. Latimer
Kistin Babitsky Latimer & Beitman
Box 590, 13 Falmouth Heights Road
Falmouth, MA  02541-0590

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

DATE  MAR 18 2005

# United States District Court

EASTERN ——————— DISTRICT OF ——————— MASSACHUSETTS

SANDRA WIESNER,
        Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY,
        Defendant

CASE NUMBER: 05 10521 EFH

TO: (Name and address of defendant)

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY
8801 Indian Hills Drive
Omaha, Nebraska  68114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard K. Latimer
Kistin Babitsky Latimer & Beitman
Box 590, 13 Falmouth Heights Road
Falmouth, MA  02541-0590

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

DATE: MAR 18 2005

AFFIDAVIT FOR SERVICE

STATE OF NEBRASKA)
                 ) SS                    INDEX: 968874
COUNTY OF DOUGLAS)

I, THE UNDERSIGNED, BEING FIRST DULY SWORN, ON OATH DEPOSE AND STATE THAT I AM OVER THE AGE OF 18 YEARS, AND A RESIDENT AND A DESIGNATED AGENT OF THE SHERIFF OF DOUGLAS COUNTY, NEBRASKA

RECEIVED THIS SUMMONS ON APRIL 1, 2005, AND SERVED THE SAME ON APRIL 4, 2005 ON THE WITHIN NAMED JEFFERSON PILOT FINANCIAL INSURANCE COMPANY BY DELIVERING TO AND LEAVING WITH JULIE BLACK, EXECUTIVE SECRETARY PERSONALLY AT 8801 INDIAN HILLS DRIVE, IN DOUGLAS COUNTY, NEBRASKA, AT 9:44 A.M., A TRUE AND DULY CERTIFIED COPY OF THIS SUMMONS TOGETHER WITH A COPY OF THE COMPLAINT FILED IN THIS CASE.

_____
EDWARD CARLBERG
DESIGNATED AGENT OF THE SHERIFF

SUBSCRIBED TO AND SWORN BEFORE ME ON APRIL 4, 2005

_____
GENERAL NOTARY-STATE OF NEBRASKA

GENERAL NOTARY - State of Nebraska
KIMBERLY A. HOLLINGSWORTH
My Comm. Exp. May 24, 2005

FEES      $   50.00   PAID

TOTAL     $   50.00   PAID