UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA WIESNER,<br>Plaintiff<br><br>v.<br><br>JEFFERSON PILOT FINANCIAL<br>INSURANCE COMPANY,<br>Defendant | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10521-EFH<br>)<br>)<br>)<br>)<br>) |

**APPEARANCE ON BEHALF OF DEFENDANT**
**JEFFERSON PILOT FINANCIAL INSURANCE COMPANY**

Please enter my appearance on behalf of the defendant Jefferson Pilot Financial Insurance Company in the above-entitled action.

JEFFERSON PILOT FINANCIAL INSURANCE
COMPANY

By its attorneys,

Dated: May 31, 2005

*E. S. Rooney Jr.*
Edward S. Rooney, Jr.
BBO No. 426840
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Tel: (617) 342-6800
Fax: (617) 342-6899
E-mail: erooney@eckertseamans.com

{K0303932.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by regular mail, postage prepaid, this 31st day of May, 2005.

*E. S. Rooney Jr.*
Edward S. Rooney, Jr.

{K0303932.1}