UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA WIESNER,<br>Plaintiff<br><br>v.<br><br>JEFFERSON PILOT FINANCIAL<br>INSURANCE COMPANY,<br>Defendant | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-10521-EFH<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
(ASSENTED TO)

Defendant Jefferson Pilot Financial Insurance Company moves, with the assent of the plaintiff Sandra Wiesner, that the time within which it must answer, move or otherwise respond to the plaintiff's Complaint be extended to June 17, 2005.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY

By its attorneys,

Dated: May 31, 2005

*E. S. Rooney Jr.*
Edward S. Rooney, Jr.
BBO No. 426840
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Tel: (617) 342-6800
Fax: (617) 342-6899
E-mail: erooney@eckertseamans.com

{K0303933.1}

Assented to:

*R. K. Latimer/ESR*

Richard K. Latimer, Esq.
KISTIN, BABITSKY, LATIMER & BEITMAN
Box 590, 13 Falmouth Heights Road
Falmouth, MA 02541-0590
Attorney for Plaintiff Sandra Wiesner

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by regular mail, postage prepaid, this 31st day of May, 2005.

*E. S. Rooney Jr.*

Edward S. Rooney, Jr.

{K0303933.1}