UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SANDRA WIESNER, <br>     Plaintiff | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-10521-EFH |
| JEFFERSON PILOT FINANCIAL <br> INSURANCE COMPANY, <br>     Defendant | ) ) ) ) ) | |

**DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
(ASSENTED TO)**

Defendant Jefferson Pilot Financial Insurance Company moves, with the assent of

the plaintiff Sandra Wiesner, that the time within which it must answer, move or

otherwise respond to the plaintiff's Complaint be extended to June 24, 2005.

JEFFERSON PILOT FINANCIAL INSURANCE
COMPANY

By its attorneys,

Dated:  June 17, 2005

Edward S. Rooney, Jr.
BBO No. 426840
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
One International Place, 18th Floor
Boston, MA  02110
Tel:  (617) 342-6800
Fax:  (617) 342-6899
E-mail:  erooney@eckertseamans.com

{K0305056.1}

Assented to:

*Richard K. Latimer/ESR*

Richard K. Latimer, Esq.
KISTIN, BABITSKY, LATIMER & BEITMAN
Box 590, 13 Falmouth Heights Road
Falmouth, MA 02541-0590
Attorney for Plaintiff Sandra Wiesner

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by regular mail, postage prepaid, this 17th day of June, 2005.

*E. S. Rooney Jr.*

Edward S. Rooney, Jr.

{K0305056.1}