UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA WIESNER,<br>Plaintiff<br><br>v.<br><br>JEFFERSON PILOT FINANCIAL<br>INSURANCE COMPANY,<br>Defendant | CIVIL ACTION NO. 05-10521-EFH |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that this action, including both plaintiff's Complaint and defendant's Counterclaim, shall be dismissed with prejudice, each party to bear its own costs and all rights to appeal are hereby waived.

SANDRA WIESNER

By her attorneys,

/s/ Richard K. Latimer /ESR
Richard K. Latimer
BBO No. 287840
KISTIN BABITSKY LATIMER
& BEITMAN
Box 590, 13 Falmouth Heights Rd.
Falmouth, MA 02541
Tel: (508) 540-1606

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY

By its attorneys,

/s/ E. S. Rooney Jr.
Edward S. Rooney, Jr.
BBO No. 426840
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Tel: (617) 342-6800

{K0309317.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by regular mail, postage prepaid, this 31st day of August, 2005.

*E. S. Rooney Jr.*
Edward S. Rooney, Jr.

{K0309317.1}